Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for:   Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD MOORE,** | Case No.: 1:12-cv-00525-JLO-BAM |
| **Plaintiff,** | |
| v. | **ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT** |
| **JGB PROPERTIES, INC. Dba LUCKY GAS & LIQUOR; JAGRUP SINGH BHANDAL; GURINDER KAUR; DANNY RETH dba DAVE'S DONUTS.** | |
| **Defendants.** | |

   IT IS SO ORDERED, pursuant to Local Rule 144, Defendants Jagrup Singh Bhandal, JGB Properties, Inc., dba LUCKY GAS & LIQUOR, Gurinder Kaur AND Danny Reth, dba DAVES DONUTS shall file and serve their respective responses to Plaintiffs' Complaint on or before May 29, 2012.

   IT IS SO ORDERED.

Dated:   May 14, 2012               /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE