Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for:   Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD MOORE,**<br><br>           **Plaintiff,**<br><br>     **v.**<br><br>**JGB PROPERTIES, INC. Dba LUCKY GAS & LIQUOR; JAGRUP SINGH BHANDAL; GURINDER KAUR; DANNY RETH dba DAVE'S DONUTS.**<br><br><br>           **Defendants.** | **Case No.:  1:12-cv-00525-JLO-BAM**<br><br>**ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT** |

   IT IS SO ORDERED, pursuant to Local Rule 144, Defendants Jagrup Singh Bhandal, JGB

Properties, Inc., dba LUCKY GAS & LIQUOR, Gurinder Kaur AND Danny Reth, dba DAVES

DONUTS shall file and serve their respective responses to Plaintiffs' Complaint on or before May

29, 2012.

   IT IS SO ORDERED.


   **Dated:    May 14, 2012**            **/s/ Barbara A. McAuliffe**

                         UNITED STATES MAGISTRATE JUDGE