UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | CASE NO. CV F 12-0525 LJO BAM |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 14.) |
| JGB PROPERTIES, INC., et al., | |
| Defendants. / | |

Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS plaintiff, **no later than July 9, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the June 20, 2012 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This Court ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   June 12, 2012**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE