1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RONALD MOORE, | ) No. 1:12-cv-00525-LJO-BAM |
|---|---|
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) **OF ACTION; ORDER** |
| JGB PROPERTIES, INC., et al., | ) |
| Defendants. | ) |

WHEREAS, Defendants JGB Properties, Inc. dba Lucky Gas & Liquor; Jagrup Singh Bhandal; Gurinder Kaur and Danny Reth dba Dave's Donuts have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and all Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 9, 2012                           MOORE LAW FIRM, P.C.


                                             /s/Tanya E. Moore
                                             Tanya E. Moore
                                             Attorneys for Plaintiff Ronald Moore

*Moore v. JGB Properties, Inc., et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **July 9, 2012**                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE

*Moore v. JGB Properties, Inc., et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 2