1 Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
2 MOORE LAW FIRM, P.C.
332 North Second Street
3 San Jose, California 95112
Telephone (408) 298-2000
4 Facsimile (408) 298-6046

5 Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:12-cv-00525-LJO-BAM |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| JGB PROPERTIES, INC., et al., | |
| Defendants. | |

WHEREAS, Defendants JGB Properties, Inc. dba Lucky Gas & Liquor; Jagrup Singh Bhandal; Gurinder Kaur and Danny Reth dba Dave's Donuts have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and all Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 9, 2012                    MOORE LAW FIRM, P.C.


/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff Ronald Moore

*Moore v. JGB Properties, Inc., et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **July 9, 2012**                                      **/s/ Lawrence J. O'Neill**
                                                                                UNITED STATES DISTRICT JUDGE

*Moore v. JGB Properties, Inc., et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 2